**Motion Granted in Part and Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals

NO. 14-11-00944-CV

**PHILLIPS PETROLEUM COMPANY N/K/A CONOCOPHILLIPS COMPANY, GPM GAS CORPORATION N/K/A DCP MIDSTREAM, L.P., PHILLIPS GAS MARKETING COMPANY N/K/A CONCOCOPHILLIPS COMPANY, SUCCESSOR BY MERGER, PHILLIPS GAS COMPANY N/K/A CONCOPHILLIPS GAS COMPANY AND GPM GAS TRADING COMPANY N/K/A CONOCOPHILLIPS GAS COMPANY AND GPM GAS TRADING COMPANY N/K/A DCP MIDSTREAM MARKETING, L.L.C., Appellants**
**V.**
**ROYCE YARBROUGH, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 99-DCV-107968**

---

*and*

NO. 14-11-01004-CV
_____

**CONOCOPHILLIPS COMPANY F/K/A PHILLIPS PETROLEUM COMPANY, DCP MIDSTREAM, LP F/K/A GMP GAS CORPORATION, CONOCOPHILLIPS GAS COMPANY F/K/A PHILLIPS GAS COMPANY, AND DCP MISTREAM MARKETING, LLC F/K/A GPM GAS TRADING COMPANY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCV-107968**

# O R D E R

On October 25, 2011, Phillips Petroleum Company n/k/a ConocoPhillips Company, GPM Gas Corporation n/k/a DCP Midstream, L.P., Phillips Gas Marketing Company n/k/a ConcocoPhillips Company, Successor By Merger, Phillips Gas Company n/k/a ConcoPhillips Gas Company and GPM Gas Trading Company n/k/a ConocoPhillips Gas Company and GPM Gas Trading Company n/k/a DCP Midstream Marketing, L.L.C., ("appellants") filed a notice of appeal from the trial court's order signed October 7, 2011, in cause number 99-DCV-107968. That appeal was assigned to this court under our appellate case number 14-11-00944-CV.

On November 21, 2011, appellants filed a petition for writ of mandamus that complains of the same order. The original proceeding has been assigned our case number 14-11-01004-CV.

On December 6, 2011, the court requested the parties to advise this court of their respective positions on whether the mandamus proceedings should be consolidated with the interlocutory appeal. The parties' responses indicate they favor consolidation.

Accordingly, the court, on its own motion, orders the appeal and original proceeding **CONSOLIDATED.**


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.